# In The United States Court of Federal Claims

Cover Sheet **04- 909C**

Plaintiff(s) or Petitioner(s)

AVL Internationa, Inc.

Anesta Lenhardt

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] John G. Lipsett

Firm Name: Patton,Eakins,Lipsett,Ellis&Savage

Post Office Box:

Street Address: 420 Lexington Avenue

City-State-Zip: New York, New York 10170

Telephone & Facsimile Numbers: (212)867-8280 & (212)370-5637

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 6

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O D

**See attached Sheet for three digit code.**

Amount Claimed: $ 325,000.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 1, 2002