IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AVL INTERNATIONAL, INC., et al., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 04-909C |
| v. | ) | (Judge Baskir) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Ronald G. Morgan as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Ronald G. Morgan
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

/s

Ronald G. Morgan
ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-6289
Facsimile: (202) 514-79

June 8, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June 2004, a copy of the foregoing "NOTICE OF APPEARANCE" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s RONALD G. MORGAN