IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AVL INTERNATIONAL, INC., et al., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 04-909C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL PURSUANT TO RCFC 41(a)(1)

It is hereby Stipulated by Counsel for all parties that the above-entitled action is dismissed without prejudice for purposes of permitting the deemed denied claim herein of May 27, 2003, under contract No. SPO 413-95-D-0212, to be decided by the contracting officer.

Respectfully submitted,

PETER KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s MARK A. MELNICK
MARK A. MELNICK
Assistant Director

/S JOHN G. LIPSETT
JOHN G. LIPSETT, Esq.
Patton, Eakins, Lipsett,
Ellis, & Savage
420 Lexington Avenue
New York, New York 10170
Fax: (256) 534-4412

Attorney for Plaintiff

/S RONALD G. MORGAN
RONALD G. MORGAN
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

Dated July 7, 2004.